Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

**No. 57236.**—M. Segerman et al. *v.* United States, protests 947814–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates (except those invoiced as black kid leg mats on the invoice of entry 78706, protest 968595–G; those invoiced as leg plates—mixed, on the invoice of entry 41968, protest 38343–K; those invoiced as kid leg plates (mix) on the invoice of entry 5034, protest 73073–K; those invoiced as gray goat mats on the invoice of entry 47351, protest 940789–G; and those invoiced as slink skins on the invoice of entry 49853, protest 940792–G) are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained. In all other respects the protests were overruled.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

**No. 57237.**—Joseph Rotberg & Co., Inc., and W. H. Bleistein, Inc. *v.* United States, protests 60027–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

BEFORE THE SECOND DIVISION, APRIL 1, 1953

**No. 57238.**—Radio Corp. of America, RCA Victor Division *v.* United States, protest 168532–K (New York).

RAO, Judge: This case presents the question of the proper classification of certain paper containers, imported with and as coverings for phonograph or gramophone records. The collector's assessment of duty upon the records at the rate of 15 per centum ad valorem, pursuant to the provisions of paragraph 1542 of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, 82 Treas. Dec. 305, T. D. 51802, as parts of phonographs, gramophones,